# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4742
_____

HENRY LYNN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

October 23, 2019


PER CURIAM.

AFFIRMED.

RAY, C.J., and WOLF and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Candice Kaye Brower, Regional Counsel, Office of Criminal Conflict and Civil Regional Conflict, Gainesville; and Melissa Joy Ford, Assistant Conflict Counsel, Office of Criminal Conflict and Civil Regional Counsel, Tallahassee, for Appellant; Henry Lynn, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.